

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00510-CV

**IN RE S.E.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1049-CV
Honorable Jessica Crawford, Judge Presiding

## O R D E R

On December 3, 2019, this court received appellant's pro se brief. The brief violates Texas Rule of Appellate Procedure 38 in that: (1) it is unaccompanied by an appendix; (2) it lacks any clear and concise arguments for the contentions made, with appropriate citations to legal authorities and the record; (3) it contains no certificate of compliance; (4) it contains no table of contents; and (5) it contains no index of authorities. The brief also violates Texas Rule of Appellate Procedure 9 in that: (1) it contains improper line spacing, and (2) it contains no proof of service.

It is therefore ORDERED that appellant's brief is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief complying with the Texas Rules of Appellate Procedure by no later than thirty (30) days from the date of this order. If appellant fails to do so, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

Appellant is reminded that as a pro se litigant representing himself on appeal, he will be *"held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." Shull v. United Parcel Serv., 4 S.W.3d 46, 52–53 (Tex. App.—San Antonio 1999, pet. denied). Appellant is advised to visit the Fourth Court of Appeals website (http://www.txcourts.gov/4thcoa/) and review the applicable laws and rules of procedure, as well as the Pro Se Litigant Guide (available at http://www.txcourts.gov/media/752166/Pro-Se-Litigant-Guide.pdf).*

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court